IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 113,928

In the Matter of ELIZABETH ANNE HUEBEN,
*Respondent.*


ORDER OF DISCHARGE FROM PROBATION


On October 30, 2015, the court stayed the imposition of a two-year suspension and placed the respondent, Elizabeth Anne Hueben, on probation for a period of two years with specific conditions. See *In re Hueben*, 302 Kan. 979, 362 P.3d 809 (2015).

On November 21, 2017, the respondent filed a motion for discharge from probation, along with affidavits demonstrating compliance with the terms of probation.

On November 28, 2017, the Disciplinary Administrator filed a response, confirming that the respondent fully complied with the conditions imposed upon her by the court and offered no objection to the respondent's discharge from probation.

This Court, having reviewed the motion, the affidavits, and the recommendation of the Disciplinary Administrator, grants the respondent's motion for discharge from probation.

IT IS THEREFORE ORDERED that the respondent is hereby discharged from probation and from any further obligation in this matter and this proceeding is closed.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports and that the costs herein shall be assessed to the respondent.

Dated this 1st day of March, 2018.